IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN HONDA FINANCE CORP. **Plaintiff,** | : : : | |
| v. | : : | Civ. No. 20-3267 |
| TOWNSHIP OF ASTON, et al. **Defendants.** | : : : | |

## ORDER

**AND NOW**, this 30th day of June, 2021, upon consideration of the Parties' Cross-Motions for Summary Judgment (Doc. Nos. 26, 27), their Responses (Doc. Nos. 28, 29), and Plaintiff's Reply (Doc. No. 30) it is hereby **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 27) is **GRANTED**;

2. Defendant's Motion (Doc. No. 26) is **DENIED**;

3. **JUDGMENT IS ENTERED** in favor of Plaintiff. A declaratory judgment shall **ISSUE** that Aston Township's custom and practice in seizing and impounding vehicles is unconstitutional;

4. Plaintiff may file a renewed Motion for damages **no later than July 7, 2021**;

5. Defendant shall respond to the Motion for damages **no later than July 15, 2021**;

6. The Court will consider the appointment of a Special Monitor to ensure that Aston changes its unconstitutional practices. See Fed. R. Civ. P. 53.

**AND IT IS SO ORDERED:**

*/s/ Paul S. Diamond*

_____
Paul S. Diamond, J.